UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: PAUL JOSEPH ENCINIAS ,   Case No.: 21−11315−ta13

Debtor.

## ORDER RESULTING FROM PRELIMINARY CONFIRMATION HEARING

This matter came before the Court on June 8, 2022 for a preliminary hearing on confirmation of the Debtor's Chapter 13 Plan. Counsel and parties were noted on the record. Being sufficiently advised, the Court ORDERS:

1. <u>Confirmation hearing</u>. A final hearing on confirmation is set for Tuesday, August 9, 2022, at 01:30 PM on a trailing docket, before the Honorable David T. Thuma in Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102. Exhibits must be submitted to opposing parties one day in advance.

2. <u>Deadline to respond to the Trustee's document request</u>. Debtor shall respond to the Trustee's request for documents by 8/1/2022.

3. <u>Deadline to file tax returns</u>. All unfiled state tax returns and tax reports shall be delivered to counsel for the State of New Mexico Taxation and Revenue Department no later than 8/1/2022, with copies to the Chapter 13 Trustee.

4. <u>Deadline to file plan</u>. Not later than n/a, Debtor shall file and give notice of any amendments to the Chapter 13 Plan.

5. <u>Deadline to file schedules, or other amendments</u>. Not later than n/a, Debtor shall file and give notice of any amendments to the bankruptcy schedules, or statement of financial affairs.

6. <u>Equipment</u>. If applicable, counsel must ensure that their clients and witnesses have the proper equipment to participate by Zoom and that they can receive and review rebuttal exhibits if necessary. The Court does not provide tech support.

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: 6/8/22

Copies to:
Debtor and all case participants via CM/ECF.

nm_oresultprlmconfhrg.jsp